UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: CIVIL PENDING CASES ASSIGNED TO JUDGE PATRICIA C. FAWSETT

_____

AMENDED INTERESTED PERSONS ORDER

The undersigned Judge has posted a new financial asset list on the Court's Internet website www.flmd.uscourts.gov. The parties to this case are directed to review this asset list and advise the Court in writing if any actual or potential conflict of interest pertaining to this case and involving the undersigned Judge is found.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of January, 2009.

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record